**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1127**

———————————

ABEBE TSEGAYE,

                                                      Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                                      Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-683-731)

———————————

Submitted: May 6, 2002              Decided: June 10, 2002

———————————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Rev. Uduak J. Ubom, Washington, D.C., for Petitioner.  Robert D.
McCallum, Jr., Assistant Attorney General, Mark C. Walters,
Assistant Director, Anh-Thu P. Mai, Office of Immigration
Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abebe Tsegaye seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's denial of his application for asylum and withholding of deportation. We have reviewed the administrative record and the Board's decision and find that substantial evidence supports the Board's determination that Tsegaye failed to submit sufficient evidence to establish eligibility for asylum. Accordingly, we deny Tsegaye's petition for review on the reasoning of the Board. See Tsegaye v. INS, No. A70-683-731 (B.I.A. Jan. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2